1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  DOUGLAS BEEVERS, U.S.V.I. Bar #766
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5
   Attorney for Defendant
6  FRANCISCO EUCEBIO-RODRIGUEZ

7

8              IN THE UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,      ) No.  CR-S-12-00015 GEB
                                  )
12         Plaintiff,              ) STIPULATION AND [PROPOSED] ORDER
                                  ) TO CONTINUE STATUS CONFERENCE
13    v.                           )
                                  )
14 FRANCISCO EUCEBIO-RODRIGUEZ    ) Date:  March 9, 2012
                                  ) Time:  9:00 a.m.
15         Defendant.              ) Judge: Hon. Garland E. Burrell
                                  )
16 _____ )

   The parties request that the status conference in this case be
17
   continued from February 24, 2012, to March 9, 2012 at 9:00 a.m.  They
18
   stipulate that the time between February 24, 2012 and March 9, 2012
19
   should be excluded from the calculation of time under the Speedy Trial
20
   Act.  The parties stipulate that the ends of justice are served by the
21
   Court excluding such time, so that counsel for the defendant may have
22
   reasonable time necessary for effective preparation, taking into account
23
   the exercise of due diligence.  18 U.S.C. §3161(h)(7)(B)(iv).
24
   Specifically, counsel needs additional time to negotiate a resolution to
25
   this matter and to investigate the facts of the case. The parties
26
   stipulate and agree that the interests of justice served by granting this
27
   continuance outweigh the best interests of the public and the defendant
28

in a speedy trial. 18 U.S.C. § 3161(h)(7)(B)(iv).

Dated: February 22, 2012              Respectfully submitted,

                                      DANIEL BRODERICK
                                      Federal Defender

                                      /s/ Douglas Beevers
                                      _____
                                      DOUGLAS BEEVERS
                                      Assistant Federal Defender
                                      Attorney for Defendant
                                      FRANCISCO EUCEBIO-RODRIGUEZ

Dated: February 22, 2012              BENJAMIN B. WAGNER
                                      United States Attorney

                                      /s/ Michele Beckwith
                                      _____
                                      Michele Beckwith
                                      Assistant United States Attorney

**ORDER**

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the status conference presently set for February 24, 2012, be continued to March 9, 2012, at 9:00 a.m. Based on the representation of counsel and good cause appearing therefrom, the Court hereby finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. It is ordered that time from the date of this Order, to and including, the March 9, 2012, status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4.

Dated: February 23, 2012

_____
GARLAND E. BURRELL, JR.
United States District Judge

Stip and Order                        -2-