DANIEL J. BRODERICK, Bar #89424
Federal Defender
DOUGLAS BEEVERS, U.S.V.I. Bar #766
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
FRANCISCO EUCEBIO-RODRIGUEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-S-12-00015 GEB |
| ) | |
| Plaintiff, ) | STIPULATION AND [PROPOSED] ORDER |
| ) | TO CONTINUE STATUS CONFERENCE |
| v. ) | |
| ) | |
| FRANCISCO EUCEBIO-RODRIGUEZ ) | Date: March 30, 2012 |
| ) | Time: 9:00 a.m. |
| Defendant. ) | Judge: Hon. Garland E. Burrell |
| ) | |
| _____ ) | |

The parties request that the status conference in this case be continued from March 23, 2012, to March 30, 2012 at 9:00 a.m. They stipulate that the time between March 23, 2012 and March 30, 2012 should be excluded from the calculation of time under the Speedy Trial Act. The parties stipulate that the ends of justice are served by the Court excluding such time, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. §3161(h)(7)(B)(iv). Specifically, counsel needs additional time to negotiate a resolution to this matter and to investigate the facts of the case. The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant

in a speedy trial. 18 U.S.C. § 3161(h)(7)(B)(iv).

Dated: March 22, 2012  Respectfully submitted,

DANIEL BRODERICK
Federal Defender

*/s/ Douglas Beevers*

DOUGLAS BEEVERS
Assistant Federal Defender
Attorney for Defendant
FRANCISCO EUCEBIO-RODRIGUEZ

Dated: March 22, 2012  BENJAMIN B. WAGNER
United States Attorney

*/s/ Michele Beckwith*

Michele Beckwith
Assistant United States Attorney

**ORDER**

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the status conference presently set for March 23, 2012, be continued to March 30, 2012, at 9:00 a.m. Based on the representation of counsel and good cause appearing therefrom, the Court hereby finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. It is ordered that time from the date of this Order, to and including, the March 30, 2012, status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4.

Dated: March 23, 2012

_____
GARLAND E. BURRELL, JR.
United States District Judge

Stip and Order                -2-